

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MARK ANTHONY LISTER AND BRIAN HOLK, | § | No. 08-13-00251-CV |
|  | § | Appeal from |
| Appellant, | § | 233rd District Court |
| v. | § | of Tarrant County, Texas |
| JENNIFER LOUISE LISTER, | § | (TC #233-498164-11) |
| Appellee. | § |  |

## MEMORANDUM OPINION

Mark Anthony Lister and Brian Holk, Appellants, have filed a motion to dismiss this appeal pursuant to Tex.R.App.P. 42.1(a)(1) because they no longer wish to pursue the appeal. Appellee does not oppose dismissal of the appeal. We grant the motion and dismiss the appeal. The motion does not reflect that the parties have made any agreement regarding costs. Accordingly, costs are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

November 13, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.